**Anthony J. CARTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75832.**

Missouri Court of Appeals, Western District.

Nov. 26, 2013.

Frederick Ernst, Kansas City, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK and GARY D. WITT, Judges.

### ORDER

PER CURIAM.

Anthony Carter appeals the denial of his Rule 24.035 motion for post-conviction relief after he pled guilty to aggravated first-degree statutory rape, second-degree statutory rape, and incest. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b)